IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Esper, Willie J | Case Number: 06 B 07626 |
|---|---|---|
| | Esper, Karen A | Judge: Wedoff, Eugene R |
| | Printed: 01/22/09 | Filed: 6/29/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: December 11, 2008
Confirmed: October 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 16,680.00 |  |
| Secured: |  | 13,486.53 |
| Unsecured: |  | 700.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,588.50 |
| Trustee Fee: |  | 904.97 |
| Other Funds: |  | 0.00 |
| Totals: | 16,680.00 | 16,680.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,358.50 | 1,358.50 |
| 2. | Robert J Semrad & Associates | Administrative | 230.00 | 230.00 |
| 3. | Robert J Semrad & Associates | Administrative | 660.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 5. | Nuvell Credit Company LLC | Secured | 19,944.94 | 9,034.53 |
| 6. | Litton Loan Servicing | Secured | 4,452.00 | 4,452.00 |
| 7. | Internal Revenue Service | Priority | 35,122.06 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 287.20 | 0.00 |
| 9. | Midwest Verizon Wireless | Unsecured | 184.44 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 224.57 | 0.00 |
| 11. | Ford Motor Credit Corporation | Unsecured | 3,020.85 | 700.00 |
| 12. | Charming Shoppes-Fashion Bug | Unsecured | 16.53 | 0.00 |
| 13. | Nuvell Credit Company LLC | Unsecured | 52.38 | 0.00 |
| 14. | Midland Credit Management | Unsecured | 145.15 | 0.00 |
| 15. | Jefferson Capital | Unsecured | 773.85 | 0.00 |
| 16. | Ford Motor Credit Corporation | Unsecured | 0.00 | 0.00 |
| 17. | Internal Revenue Service | Unsecured | 1,059.23 | 0.00 |
| 18. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 19. | Catherine/Tape Report | Unsecured | | No Claim Filed |
| 20. | Harris & Harris | Unsecured | | No Claim Filed |
| 21. | Founders Trust National Bank | Unsecured | | No Claim Filed |
| 22. | HSBC | Unsecured | | No Claim Filed |
| 23. | Allied Interstate | Unsecured | | No Claim Filed |
| 24. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 25. | NorthStar Credit Union | Unsecured | | No Claim Filed |
| 26. | CMI | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Esper, Willie J | Case Number: 06 B 07626 |
| | Esper, Karen A | Judge: Wedoff, Eugene R |
| | Printed: 01/22/09 | Filed: 6/29/06 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 28. | Spiegel | Unsecured | | No Claim Filed |
| 29. | AFNI | Unsecured | | No Claim Filed |
| 30. | State Collection Service | Unsecured | | No Claim Filed |
| 31. | Verizon Wireless | Unsecured | | No Claim Filed |
| 32. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 33. | Social Security Administration | Unsecured | | No Claim Filed |
| | | | $ 67,531.70 | $ 15,775.03 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 57.91 |
| 4.8% | 255.46 |
| 5.4% | 350.73 |
| 6.5% | 238.43 |
| 6.6% | 2.44 |
| | $ 904.97 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

